August 27, 2004

Mr. Terry Topham
Davidson & Troilo, P.C.
7550 IH-10 West, Suite 800
San Antonio, TX 78229

Ms. Susan Desmarais Bonnen
Office of the Attorney General of Texas
Post Office Box 12548
Austin, TX 78711-2548
Mr. Steven R. Sampson
Barron Adler & Anderson, L.L.P.
111 Soledad, Suite 300
San Antonio, TX 78205

RE: Case Number: 03-0471
 Court of Appeals Number: 04-02-00101-CV
 Trial Court Number: 2000-ED-0015

Style: COUNTY OF BEXAR
 v.
 JOHN L. SANTIKOS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Schneider not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Gerry |
| |Rickhoff |
| |Mr. Dan |
| |Crutchfield |